ACCEPTED
01-14-00724-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/9/2015 2:34:14 PM
CHRISTOPHER PRINE
CLERK

## IN THE

## FIRST COURT OF APPEALS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/9/2015 2:34:14 PM

CHRISTOPHER A. PRINE
Clerk

_____

### NO. 01-14-00724-CV

_____

### RONNY PUGA AND RICKEY PUGA, Appellants

v.

### BARBARA SALESI, Appellee

_____

### On Appeal from the 133rd Judicial District Court of Harris County, Texas
### Trial Court Cause No. 2011-28575

_____

**Richard L. Petronella**
**Petronella Law Firm, P.C.**
**SBN 15852000**
**2421 Tangley, Suite 116**
**Houston, Texas  77005**
**Phone 713.965.0606**
**Fax 713.965.0676**
**Email richard@petronellalawfirm.com**

**Appellants' Attorney**

**APPELLANTS' FIRST MOTION
TO EXTEND TIME TO FILE APPELLANTS' BRIEF**

COMES NOW RONNY PUGA AND RICKEY PUGA, Appellants, and file this First Motion to File Appellants' Brief.

1.     Appellants filed this appeal on August 29, 2014.

2.     On October 10, 2014, the Clerk's Record was filed with this Court.

3.     On December 16, 2014, the Court Reporter's Record was filed with this Court.

4.     On December 22, 2014, the Court Reporter's Supplemental Record was filed with this Court which contained the record of the second day of a three day trial in the trial court and most of the relevant evidence.

5.     The Appellants' Brief is now due on January 15, 2015.

6.     This is the Appellants' first motion to extend the time to file Appellants' Brief.

7.     Appellants' appellate counsel was not Appellants' trial counsel so he was not already familiar with the facts and legal issues below but he has been diligently reviewing the record below to prepare Appellants' Brief. There is not sufficient time before January 15, 2015, for Appellants to adequately prepare their brief.  Now, after review of the record below,

Appellants' will request the trial court clerk by letter to supplement the Clerk's Record with matters Appellants believe relevant to this appeal.

8.     Appellants respectfully request that this Court grant Appellants a 30 day extension to file Appellants' Brief.

9.     Certificate of Conference.     Counsel for Appellants has conferred with counsel for Appellee, BARBARA SALESI, now the ESTATE OF BARBARA SALESI, DECEASED, regards this motion, and this motion is opposed.

Wherefore, premises considered, Appellants respectfully request that the deadline to file Appellants' Brief be extended to February 16, 2015.

Respectfully submitted,

PETRONELLA LAW FIRM, P.C.

*[s] Richard L. Petronella*
Richard L. Petronella
SBN 15852000
2421 Tangley, Suite 116
Houston, Texas  77005
Phone 713.965.0606
Fax 713.965.0676
richard@petronellalawfirm.com

Attorney for Appellants

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I served counsel for Appellee with this pleading by electronic service on January 9, 2015 to:

Dax Faubus
Courtney Culver
1001 Texas Avenue, 11th Floor
Houston, Texas  77002
Counsel for Appellee

*[s] Richard L. Petronella*
Richard L. Petronella